HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorneys for Defendant
JOHNNIE EARL ROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNIE EARL ROSS,<br><br>Defendant. | No. Cr. S 18-229 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge:  Honorable KIMBERLY J. MUELLER |

Defendant, JOHNNIE EARL ROSS, by and through his attorney, Assistant Federal

Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its

counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

based on a sentencing range that has subsequently been lowered by the Sentencing Commission

pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG

§ 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are

applicable;

2.      The United States Sentencing Commission recently amended the Sentencing

Guidelines to limit the overall criminal history impact of "status points" by assigning zero status

points for offenders with six or fewer criminal history points, and one status point for offenders

with seven or more criminal history points ("status-point provision").  See Amendment 821, Part A; *compare* USSG § 4A1.1(d) (2022), *with* USSG § 4A1.1(e) (Nov. 1, 2023).  The United States Sentencing Commission made the status-point provision retroactive beginning February 1, 2024.  See USSG § 1B1.10(e)(2) (Nov. 1, 2023), 88 Fed. Reg. 60534;

3.      Mr. Ross received 3 criminal history points based on his past criminal convictions and 2 criminal history points pursuant to the former USSG § 4A1.1(d), for a total criminal history score of 5, which placed him in criminal history category III.  His total offense level was 27, resulting in a guideline range of 87 to 108 months;

4.      On January 25, 2019, this Court sentenced Mr. Ross to a term of 87 months on each of Counts 1 and 2, to be served concurrently, for a total term of 87 months;

5.      The sentencing range applicable to Mr. Ross was subsequently lowered by the status-point provision;

6.      Mr. Ross is eligible for a reduction in sentence, which reduces his criminal history score to 3, lowering his criminal history category from III to II, resulting in an amended advisory guideline range of 78 to 97 months;

7.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ross's term of imprisonment to a term of 78 months on each of Counts 1 and 2, to be served concurrently, for a total term of 78 months imprisonment, effective February 1, 2024, to run consecutively to the sentence in Cr. S 09-55.

Respectfully submitted,

Dated:  January 23, 2024

PHILLIP A. TALBERT
United States Attorney


 /s/ *Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 23, 2024

HEATHER E. WILLIAMS
Federal Defender


 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
JOHNNIE EARL ROSS

Stipulation and Order Re: Sentence Reduction                    2

1

**ORDER**

2        This matter came before the Court on the stipulated motion of the parties for reduction of

3    sentence pursuant to 18 U.S.C. § 3582(c)(2).

4        The parties agree, and the Court finds, that Mr. Ross is entitled to the benefit of

5    Amendment 821, Part A, the new status-point provision, which reduces his criminal history score

6    to 3, and his criminal history category from III to II, resulting in an amended guideline range of

7    78 to 97 months.

8        IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2019 is

9    reduced to a term of 78 months on each of Counts 1 and 2, to be served concurrently, for a total

10   term of 78 months imprisonment, effective February 1, 2024, to run consecutively to the

11   sentence in Cr. S 09-55.

12       IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

13   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

14   reduction in sentence, and shall serve certified copies of the amended judgment on the United

15   States Bureau of Prisons and the United States Probation Office.

16       Unless otherwise ordered, Mr. Ross shall report to the United States Probation Office

17   within seventy-two hours after his release.

18   Dated:   January 26, 2024.

19

20                                                    _____
                                                      CHIEF UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28