Case 2:18-cr-00229-KJM   Document 29   Filed 01/29/24   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)       Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Johnnie Earl Ross | ) Case No: 2:18-CR-0229-KJM-01 |
| | ) USM No: 18349-097 |
| Date of Original Judgment: 1/25/2019 | ) |
| Date of Previous Amended Judgment: | ) David M. Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  87  months **is reduced to**  78 months as to each of Counts 1 and 2, to be served concurrently, for a total term of 78 months imprisonment, to be served consecutively to the sentence imposed in 2:09-CR-00055-GEB-01.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  2/04/2019  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/29/2024

Effective Date:  02/01/2024
*(if different from order date)*

The Honorable **Kimberly J. Mueller**, U.S. District Judge
*Printed name and title*